Commonwealth *v.* Lockhart, Appellant.

Before

DOTY, J.

Submitted March 28, 1974. *Francis S. Wright, Jr.,* and *Gerald Jay Pomerantz,* for appellant; *David Richman, Bonnie Brigance Leadbetter, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.